UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jon Charell Alford                                    Docket No. 5:14-CR-138-1BO

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jon Charell Alford, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 30, 2015, to the custody of the Bureau of Prisons for a term of 40 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Jon Charell Alford was released from custody on August 24, 2017, at which time the term of supervised release commenced.

On September 27, 2017, a Petition for Action was submitted to the court after the defendant tested positive for cocaine use on September 12, 2017. As a sanction, the defendant was enrolled in the DROPS program, and he served 2 days in jail.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 20, 2017, the defendant received a citation for Driving While License Revoked Not Impaired Revocation (17CR705172) in Bladen County, North Carolina. On January 3, 2018, the defendant received an additional citation for Driving While License Revoked Not Impaired Revocation (18CR50052) in Harnett County, North Carolina. As a sanction for these violations, we are recommending he be required to abide by a curfew for a period not to exceed 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Dwayne K. Benfield                          /s/ Taron N. Seburn
Dwayne K. Benfield                              Taron N. Seburn
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                201 South Evans Street, Rm 214
                                                Greenville, NC 27858-1137
                                                Phone: 252-830-2335
                                                Executed On: January 23, 2018

Jon Charell Alford
Docket No. 5:14-CR-138-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 24 day of January, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge