UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jon Charell Alford            Docket No. 5:14-CR-138-1BO

### Petition for Action on Supervised Release

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jon Charell Alford, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 30, 2015, to the custody of the Bureau of Prisons for a term of 40 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Jon Charell Alford was released from custody on August 24, 2017, at which time the term of supervised release commenced.

On September 27, 2017, a Petition for Action was submitted to the court after the defendant tested positive for cocaine use on September 12, 2017. As a sanction, the defendant was enrolled in the DROPS program, and he served 2 days in jail.

On January 24, 2018, a Petition for Action was submitted to the court after the defendant received citations for Driving While License Revoked Not Impaired Revocation (17CR705172) in Bladen County, North Carolina and Driving While License Revoked Not Impaired Revocation (18CR50052) in Harnett County, North Carolina. As a sanction, the defendant was required to abide by a curfew for a period not to exceed 60 days. The sanction was completed on April 6, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 24, 2018, the defendant committed the offenses of Driving While License Revoked Not Impaired Revocation and Fictitious/Altered Title/Registration Card/Tag (18CR704629) in Pitt County, North Carolina. As a sanction for these violations, we are recommending he be required to abide by the terms of home detention for a period not to exceed 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to their residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Jon Charell Alford
Docket No. 5:14-CR-138-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Melissa K. Gonigam<br>Melissa K. Gonigam<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: (252) 830-2345<br>Executed On: May 9, 2018 |

**ORDER OF THE COURT**

Considered and ordered this 10 day of May, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge